Kevin Cuddy (Bar No. 0810062)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone: 907.277.1900
Facsimile:  907.277.1920
kevin.cuddy@stoel.com

Attorneys for Defendant
Vigor Alaska LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIGOR ALASKA LLC and JOHN DOE,<br><br>　　　　　Defendants. | Case No.: 5:17-cv-00007-SLG |

**VIGOR ALASKA LLC'S ANSWER TO AMENDED COMPLAINT**
**[Dated November 29, 2017]**

Defendant Vigor Alaska LLC (Vigor), for its answer to the corresponding numbered paragraphs of Plaintiff's Amended Complaint, admits, denies and asserts as follows:

1. Paragraph 1 contains a description of the action to which no response is required. To the extent it also contains allegations of fact, Vigor denies the allegations in Paragraph 1.

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 1 of 11
95114886.1 0065728-00001

Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 1 of 11

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main 907.277.1900   Fax 907.277.1920

2. In response to paragraph 2, Vigor admits that Plaintiff is a female who was formerly employed by Vigor. Vigor further admits that Plaintiff represented herself as Alaska Native and as a resident of Ketchikan, Alaska.

3. Vigor admits the allegations in paragraph 3.

4. Vigor admits that John Doe is a former employee of Vigor who informed Vigor during his employment that he lived in Ketchikan, Alaska.

4A. In response to paragraph 4A, Vigor admits that Jane Doe filed a complaint with the U.S. Equal Employment Opportunity Commission (EEOC) and that, on August 28, 2017, the EEOC closed its file and provided Ms. Doe with a notice of rights to sue. Vigor is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph 4A.

5. Paragraph 5 contains a legal conclusion to which no response is required. Vigor admits that the U.S. District Court for the District of Alaska has jurisdiction over this action. In response to the second paragraph 5, Vigor admits this Court has personal jurisdiction over Vigor.

5A. Paragraph 5A contains a legal conclusion to which no response is required. Vigor admits that the U.S. District Court for the District of Alaska has personal jurisdiction over the defendants.

6. Paragraph 6 contains a legal conclusion to which no response is required. Vigor does not dispute that venue is proper in the U.S. District Court for the District of Alaska.

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 2 of 11
95114886.1 0065728-00001
Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 2 of 11

7. In response to paragraph 7, Vigor admits that it employed Plaintiff beginning in August 2012 and that Plaintiff's employment ended in August 2015. Vigor states that she was employed initially as a Firewatch and that she later performed electrical work.

8. In response to paragraph 8, Vigor admits that Plaintiff took courses while at Vigor. Vigor lacks knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 8 and therefore denies them.

9. In response to paragraph 9, Vigor admits that Plaintiff was instructed to seek assistance from more experienced staff in certain circumstances. Vigor denies the remaining allegations in paragraph 9 of the Complaint.

10. In response to paragraph 10, Vigor states that it lacks knowledge or information sufficient to form a belief as to whether Plaintiff took college courses at her own expenses and therefore denies the allegation. Vigor denies the remaining allegations in paragraph 10.

11. In response to paragraph 11, Vigor admits that Mr. Doe worked at Vigor and that Plaintiff complained about allegedly inappropriate sexual advances by Mr. Doe. Vigor lacks knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 11 and therefore denies them.

12. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 12 and therefore denies them.

13. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 13 and therefore denies them.

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 3 of 11
95114886.1 0065728-00001

Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 3 of 11

14. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 14 and therefore denies them.

15. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 15 and therefore denies them.

16. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 16 and therefore denies them.

17. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 17 and therefore denies them.

18. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 18 and therefore denies them.

19. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 19 and therefore denies them.

20. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 20 and therefore denies them.

21. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 21 and therefore denies them.

22. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 22 and therefore denies them.

23. Vigor admits that Plaintiff made an internal harassment complaint, which Vigor promptly investigated. Vigor denies the remaining allegations in paragraph 23.

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 4 of 11
95114886.1 0065728-00001

Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 4 of 11

24. In response to paragraph 24, Vigor states that on March 6, 2016, Plaintiff complained about Mr. Doe's conduct toward her. Vigor promptly investigated. As a result of that investigation, Vigor terminated Mr. Doe's employment.

25. Vigor denies the allegations in paragraph 25.

26. Vigor denies the allegations in paragraph 26.

27. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 27 and therefore denies them.

28. Vigor denies the allegations in paragraph 28.

29. Vigor lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 29 and therefore denies them.

30. In response to paragraph 30, Vigor admits that in or around July 2015, Plaintiff accepted an assignment in a Vigor Industrial shipyard in Portland, Oregon. Vigor denies the remaining allegations in paragraph 30.

31. In response to paragraph 31, Vigor admits that Plaintiff was laid off in August 2015 and was eligible for rehire in some departments. Vigor denies the remaining allegations in paragraph 31.

32. Vigor denies the allegations in paragraph 32.

33. Vigor admits that Mr. Doe was a supervisor. The remaining allegations in paragraph 33 state legal conclusions to which no response is required. To the extent a response is deemed required, Vigor denies the remaining allegations in paragraph 33.

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 5 of 11
95114886.1 0065728-00001
Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 5 of 11

34. In response to paragraph 34, Vigor lacks knowledge or information sufficient to form a belief as to Ms. Doe's search for work outside Vigor and on that basis denies those allegations. Vigor denies the remaining allegations in paragraph 34.

35. Vigor denies the allegations in paragraph 35.

36. Except as expressly admitted, Vigor denies each and every allegation in the Complaint and the whole thereof.

## **PLAINTIFF'S CLAIMS FOR RELIEF**

### **COUNT 1: SEXUAL HARASSMENT**

37. Vigor incorporates its responses to paragraphs 1-35 of the Complaint as if fully set forth herein.

38. Vigor denies the allegations in paragraphs 37 - 39 of the Complaint.

### **COUNT 2: DISCRIMINATION AND RETALIATION**

39. Vigor incorporates its responses to paragraphs 1-39 of the Complaint as if fully set forth herein.

40. Vigor denies the allegations in paragraphs 41 - 43 of the Complaint.

### **COUNT 3: RETALIATION IN VIOLATION OF PUBLIC POLICY (AS 18.80 and the Civil Rights Act of 1964)**

41. Vigor incorporates its responses to paragraphs 1-43 of the Complaint as if fully set forth herein.

42. Vigor denies the allegations in paragraph 45.

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 6 of 11
95114886.1 0065728-00001
Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 6 of 11

## COUNT 4: SEX AND RACE DISCRIMINATION

43. Vigor incorporates its responses to paragraphs 1-45 of the Complaint as if fully set forth herein.

44. Vigor denies the allegations in paragraph 47 of the Complaint.

## COUNT 5: BREACH OF CONTRACT

45. Vigor incorporates its responses to paragraphs 1-47 of the Complaint as if fully set forth herein.

46. Vigor denies the allegations in paragraph 49 of the Complaint.

## COUNT 6: BREACH OF CONTRACT: BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

47. Vigor incorporates its responses to paragraphs 1-49 of the Complaint as if fully set forth herein.

48. Vigor denies the allegations in paragraph 51 of the Complaint.

## COUNT 7: HOSTILE WORK ENVIRONMENT

49. Vigor incorporates its responses to paragraphs 1-51 of the Complaint as if fully set forth herein.

50. Vigor denies the allegations in paragraph 53 of the Complaint.

## COUNT 8: WRONGFUL DISCHARGE

51. Vigor incorporates its responses to paragraphs 1-53 of the Complaint as if fully set forth herein.

52. Vigor denies the allegations in paragraph 55 of the Complaint.

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 7 of 11
95114886.1 0065728-00001

Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 7 of 11

## COUNT 9: DEFAMATION

53. Vigor incorporates its responses to paragraphs 1-55 of the Complaint as if fully set forth herein.

54. Vigor denies the allegations in paragraphs 57-58 of the Complaint..

## COUNT [10]: NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL HARM

55. Vigor incorporates its responses to paragraphs 1-58 of the Complaint as if fully set forth herein.

56. Vigor denies the allegations in paragraphs 60-62 of the Complaint.

## COUNT [11]: ASSAULT AND BATTERY

57. Vigor incorporates its responses to paragraphs 1-62 of the Complaint as if fully set forth herein.

58. Vigor denies the allegations in paragraphs 64-65.

## PLAINTIFF'S PRAYER FOR RELIEF

To the extent Plaintiff's Prayer for Relief seeks relief against Vigor, Vigor denies that Plaintiff is entitled to any such relief. To the extent the Prayer for Relief seeks relief against a party other than Vigor, no response from Vigor is required.

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 8 of 11
95114886.1 0065728-00001

Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 8 of 11

## **VIGOR'S AFFIRMATIVE DEFENSES**

By alleging the matters set forth herein under "Vigor's Affirmative Defenses," Vigor does not agree or admit that it has the burden of proof with respect to any such matters. Without assuming plaintiff's burden of proof on any issue, Vigor alleges the following affirmative defenses:

1. Plaintiff fails to state ultimate facts sufficient to state a claim upon which relief can be granted.

2. Plaintiff failed to mitigate her damages, if any, in whole or in part.

3. Any action taken regarding plaintiff's employment or separation of employment was taken for legitimate, non-discriminatory, and non-retaliatory reasons.

4. Any alleged damages, including punitive damages, are inappropriate or barred because Vigor made good faith efforts to comply with applicable law. Any alleged statutory violations were not willful.

5. Vigor exercised reasonable care to prevent illegal discrimination and retaliation in its workplace and to promptly correct any alleged inappropriate behavior or employment actions. Plaintiff unreasonably failed to take advantage of corrective opportunities provided by Vigor in this regard.

6. Vigor exercised reasonable care to prevent and to correct promptly any alleged sexual harassment. Plaintiff unreasonably failed to take advantage of corrective opportunities provided by Vigor in this regard.

7. Any alleged damages were the result of Plaintiff's own conduct or the conduct of a third party for which Vigor is not legally responsible.

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 9 of 11
95114886.1 0065728-00001

Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 9 of 11

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main* 907.277.1900   *Fax* 907.277.1920

8. Vigor reserves its right to assert additional affirmative defenses, counterclaims, or third-party claims based on information later discovered during the litigation of this matter.

## VIGOR'S PRAYER FOR RELIEF

WHEREFORE, Vigor prays for relief and judgment as follows:

A. That Plaintiff takes nothing from her Complaint and that it be dismissed with prejudice;

B. That Vigor be awarded its costs and attorneys' fees; and

C. That this Court grant such other and further relief as it deems proper.

DATED: December 27, 2017

                                          STOEL RIVES LLP

                                          By:/s/ Kevin Cuddy
                                              KEVIN M. CUDDY
                                              (BAR NO. 0810062)
                                              Attorneys for Defendant
                                              Vigor Alaska LLC

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 10 of 11
95114886.1 0065728-00001

Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 10 of 11

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2017, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska by using the CM/ECF system. Participants in this Case who are registered CM/ECF users and identified below, will be served by the CM/ECF system.

Kathleen Strasbaugh
Strasbaugh Law Office
130 Seward St., Ste. 220
Juneau, AK 99801
E: strasbaughlaw@gci.net

*Attorneys for Plaintiff*

Leif Thompson
Leif Thompson Law Office
306 Main St. Ste. 304
Ketchikan, AK 99901
E: leifthompson@outlook.com

*Attorneys for Defendant John Doe*

/s/ Kevin M. Cuddy
Kevin M. Cuddy

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

VIGOR'S ANSWER TO AMENDED COMPLAINT
*Doe, Jane v. Vigor Alaska LLC, et al.*, 5:17-cv-00007-SLG
Page 11 of 11
95114886.1 0065728-00001

Case 5:17-cv-00007-SLG   Document 10   Filed 12/27/17   Page 11 of 11