Kevin Cuddy (Bar No. 0810062)
Laura E. Rosenbaum (*Admitted Pro Hac Vice*)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920
kevin.cuddy@stoel.com
laura.rosenbaum@stoel.com

Attorneys for Defendant
Vigor Alaska LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>VIGOR ALASKA LLC and JOHN DOE,<br><br>Defendants. | Case No.: 5:17-CV-00007-SLG<br><br>NOTICE OF FILING EXHIBIT A to DEFENDANT'S MOTION TO COMPEL UNDER SEAL |

Defendant Vigor Alaska LLC hereby gives notice of filing the following Exhibit to

Defendants Motion to Compel under seal:

Exhibit A - Defendant Vigor's First Discovery Requests to Plaintiff Jane Doe

NOTICE OF FILING EXHIBIT A UNDER SEAL
*Doe, Jane v. Vigor Alaska LLC, et al.*, Case No.: 5:17-CV-00007-SLG
Page 1 of 2

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main 907.277.1900   Fax 907.277.1920

DATED: February 13, 201

STOEL RIVES LLP

By: /s/ Kevin M. Cuddy
    KEVIN M. CUDDY
    (BAR NO. 0810062)

Attorneys for Defendant
Vigor Alaska LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska by using the CM/ECF system, with a true and correct copy served via email the same date on:

Kathleen Strasbaugh
Strasbaugh Law Office
130 Seward St., Ste. 220
Juneau, AK 99801
E: strasbaughlaw@gci.net

*Attorneys for Plaintiff*

Leif Thompson
Leif Thompson Law Office
306 Main St. Ste. 304
Ketchikan, AK 99901
E: leifthompson@outlook.com

*Attorneys for Defendant John Doe*

I further certify that this document was substantively produced in Times New Roman 13, in compliance with Alaska Appellate Rule 513.5(c)(1) and Civil Rule 76(a)(3).

/s/ Kevin M. Cuddy
Kevin M. Cuddy

95934424.1 0065728-00001

NOTICE OF FILING EXHIBIT A UNDER SEAL
*Doe, Jane v. Vigor Alaska LLC, et al.*, Case No.: 5:17-CV-00007-SLG