Leif Thompson
Alaska Bar No. 1006041
Leif Thompson Law Office
306 Main Street Suite 304
Ketchikan, AK 99901
Cell phone: (907) 617-9256
Land line:  (907) 247-9256
Fax:        (888) 363-1007
E-mail:     leifthompson@outlook.com
Attorney for Defendant John Doe

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **JANE DOE,** | ) |
| Plaintiff, | ) |
| vs. | ) |
| **VIGOR ALASKA LLC, and JOHN DOE,** | ) Case No. 5:17-CV-0007-SLG |
| | ) **DECLARATION IN SUPPORT OF** |
| Defendants. | ) **MOTION TO COMPEL** |
| | ) **RELEASES OF INFORMATION** |

My name is Leif Thompson. I am the attorney for John Doe in this matter. I have read and reviewed the allegations in the "Statement of the Facts" portion of my motion to compel. These statements are true and correct to the best of my knowledge, information and belief.

John Doe's Declaration in Support of Motion to Compel
*Doe v. Vigor and Roe, Case No. 5:17-CV-00007-SLG*
    Page 1 of 2 Pages

Case 5:17-cv-00007-SLG   Document 35   Filed 02/14/18   Page 1 of 2

_____   2/14/2018
Leif Thompson                       Date
Alaska Bar No. 1006041
Attorney for John Doe

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2018, I E-mailed an exact PFD copy of this pleading to Kathleen Strasbaugh, Esq. at strasbaughlaw@gci.net and Kevin Cuddy, Esq. at kevin.cuddy@stoel.com

_____   2/13/2018
Leif Thompson Law Office            Date

John Doe's Declaration in Support of Motion to Compel
*Doe v. Vigor and Roe,* Case No. *5:17-CV-00007-SLG*
    Page 2 of 2 Pages

Case 5:17-cv-00007-SLG   Document 35   Filed 02/14/18   Page 2 of 2